IFP

ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2011 JUN 17  AM 11: 00

DEPUTY CLERK _____

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

Wayne H. Norman
Plantiff

V.                                                  Civil Action No.

RJM Acquisitions, LLC                               3-11CV1330-D
Defendant

## COMPLAINT

*Jurisdiction*

1. This is an action under the Fair Credit Reporting Act, ("FCRA"), 15 U.S.C. section 1681 et seq. and the Fair Debt Collections Practices Act, ("FDCPA"), 15 U.S.C. section 1692a et seq.

2. Jurisdiction in this case is founded upon 15 U.S.C. section 1681p which grants the United States District Courts jurisdiction to hear this action without regard to the amount in controversy.

*Parties*

3. The plaintiff is Wayne H. Norman.

4. Defendant, RJM Acquisitions, LLC (RJM) is a NewYork business corporation, at 575 Underhill Blvd. Suite 224 Syosset, NY 1179, whose primary business is debt collection from consumers.

*Cause of Action*

### Facts

5. On 5/19/2011, the plaintiff spoke with a representative from (RJM) named Ms. Johnson. The plaintiff expressed his concerns about repeated

unauthorized inquiries on his credit file submitted by (RJM). Ms Johnson advised the plaintiff that "they are only inquiries and perfectly harmless."

(see exhibit #1)

6. On 5/20/2011, plaintiff sent (RJM) a certified letter number: 70091410000119503416. This letter was a notice of intent to sue.

(see exhibit #2)

7. On or about 6/7/2011, plaintiff received a response letter from Douglas I. Greenberg, Director of Compliance for (RJM). Mr. Greenberg claims that (RJM) has never pulled a credit report from the plaintiff in reference to above account, but admits that "the inquiries to which you refer is a program available to creditors/debt collectors that provides address updates,.."

(See exhibit #3)

8. On 6/14/2011, plaintiff spoke with Mr. Greenberg via telephone to attempt to resolve the matter without court action. Mr. Greenberg advised plainfiff that (RJM) had a permissible purpose to obtain the credit file because they owned the account, and that if plaintiff were to file a lawsuit against his company, they (RJM) would retaliate by filling a counter-suit for filing a frivolous claim.

9. RJM Acquisitions, LLC (RJM) has repeatedly violated the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. section 1681 et seq. and the Fair Debt Collections Practices Act, ("FDCPA"), 15 U.S.C. section 1692e, by obtaining without any FCRA-sanctioned purpose, and without authorized consent, a credit report on Wayne H. Norman from Experian Information Solutions, a credit reporting agency.

10. The Courts have established and explicitly adopted that only a "judgment creditor" has a permissible purpose to receive a consumer report on the "judgment debtor" for use in connection with collection of the debt without the consumers consent. See **Pintos v. Pacific Creditors Association (9th cir. 2007) 504 F. 3d 792.** (RJM) is not a "judgment creditor". (RJM) does not have a judgment against plaintiff. (RJM) did not have plaintiff's permission to obtain credit report.

*Liability*

11. Under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. section 1681n, as well as the Fair Debt Collections Practices Act ("FDCPA"), 15

U.S.C. section 1692k(2)(A), "any person who willfully fails to comply with any requirement imposed under this title with respect to any consumer is liable to that consumer in an amount equal to the sum of,...not less than $100 and not more than $1000..."

*Claim for Relief*

12. The Defendant violated 15 U.S.C. section 1681 et seq. and 15 U.S.C. section 1692e, on 06/27/2010, by obtaining without any FCRA-sanctioned purpose, and without authorized consent, a credit report on Wayne H. Norman from Experian Information Solutions, a credit reporting agency

13. The Defendant violated 15 U.S.C. section 1681 et seq. and 15 U.S.C. section 1692e, on 07/14/2010, by obtaining without any FCRA-sanctioned purpose, and without authorized consent, a credit report on Wayne H. Norman from Experian Information Solutions, a credit reporting agency

14. The Defendant violated 15 U.S.C. section 1681 et seq. and 15 U.S.C. section 1692e, on 09/04/2010, by obtaining without any FCRA-sanctioned purpose, and without authorized consent, a credit report on Wayne H. Norman from Experian Information Solutions, a credit reporting agency

15. The Defendant violated 15 U.S.C. section 1681 et seq. and 15 U.S.C. section 1692e, on 12/19/2010, by obtaining without any FCRA-sanctioned purpose, and without authorized consent, a credit report on Wayne H. Norman from Experian Information Solutions, a credit reporting agency

16. The Defendant violated 15 U.S.C. section 1681 et seq. and 15 U.S.C. section 1692e, on 12/23/2010, by obtaining without any FCRA-sanctioned purpose, and without authorized consent, a credit report on Wayne H. Norman from Experian Information Solutions, a credit reporting agency

17. As a result of the above violations of the FCRA and the FDCPA, the Defendant is liable to the Plaintiff for declaratory judgment that Defendant's conduct violated the FCRA, and the FDCPA, and Plaintiff's statutory damages, and costs of filing fees.

WHEREFORE, Plaintiff respectfully prays that judgment in a sum of $10,350 be entered against the Defendant for the following:

a. Statutory damages for each violation pursuant to the FCRA 15 U.S.C. section 1681n and the FDCPA 15 U.S.C. section 1692k (2)(A)

b. Cost of filing fees,

c. and such other relief that the court feels is just and proper

**Wayne H. Norman**

_____

2803 Riverside Parkway Apt. 806

Grand Prairie, Texas 75050

(817) 899-0460

**Address:**
1111 POLARIS PKWY # 54101-3L
COLUMBUS OH 43240
*No phone number available*

**Date of Request:**
03/01/2011

## CHASE

**Address:**
1111 POLARIS PKWY
COLUMBUS OH 43240
*No phone number available*

**Date of Request:**
02/28/2011

## JP MORGAN CHASE

**Address:**
1111 POLARIS PKWY # 54101-3L
COLUMBUS OH 43240
*No phone number available*

**Date of Request:**
02/26/2011

## ENHANCED RECOVERY CO LLC

**Address:**
8014 BAYBERRY RD
JACKSONVILLE FL 32256
*No phone number available*

**Date of Request:**
02/22/2011

## PROSPER MARKETPLACE INC

**Address:**
111 SUTTER ST FL 22
SAN FRANCISCO CA 94104
*No phone number available*

**Date of Request:**
01/21/2011

## RJM ACQUISITIONS LLC

**Address:**
575 UNDERHILL BLVD STE 284
SYOSSET NY 11791
(516) 714-1310

**Date of Request:**
12/23/2010, 12/19/2010, 09/04/2010,
07/14/2010, 06/27/2010

5/20/2011

RJM Acquisitions, LLC
575 Underhill Blvd Suite 224
Syosset, NY 11791-3416

**RE: NOTICE OF INTENT TO SUE**
**UNAUTHORIZED INQUIRIES**

To whom it may concern:

This letter shall serve as formal notice of my intent to file a lawsuit against your company, due to your blatant and objectionable disregard of the law.

On 5/19/2011, I spoke with a representative of your agency named Ms. Johnson. I told her about my concerns of repeated unauthorized inquiries on my credit file submitted by your collection agency. (see exhibit #1) She advised me that "they are only inquiries and perfectly harmless."

Be advised, I did not permit your agency to review my credit file, nor do your collection agency qualify under the "permissable purposes" clause to view my credit file. Unless you can provide me with written authorization that I signed to have you review my credit file on 12/23/2010, 12/19/2010, 09/04/2010, 07/14/2010, and 06/27/2010. I am prepared to file separate claims for each violation in Small claims court as well as Federal court pursuant to FDCPA section 1692 (e), and FCRA section 604 and seek damages totalling $1,000 per violation prescribed under FCRA section 616(b), and FDCPA section 813.

If you wish to resolve this matter without court action, I will accept a payment of Three thousand five hundred and no cents ($3,500) within ten (10) days of return receipt of this letter. If I do not hear from a representative of your agency within the prescribed time, I will initiate said claims. How do you want to handle this?

I may be reached via email **ONLY** at: **whnorman@hotmail.com.**


Respectfully,



Wayne Norman
2803 Riverside Parkway Apt. 806
Grand Prairie, Texas 75050
(817) 899-0460 cellular
70091410000119503416

**RJM ACQUISITIONS LLC**
**SUITE 224**
**575 UNDERHILL BLVD**
**SYOSSET, NY 11791**
**1 (800) 541-0824 Toll Free**
**Fax # (516) 714-1325**

Douglas I Greenberg
Director of Compliance

June 3, 2011

Mr. Wayne H. Norman
2803 Riverside Parkway, Apt 806
Grand Prairie, TX 74050-8738

Re:   Original/Previous Creditor:        Samuels
      Samuels Account Number:            Ending w/3731
      RJM File Number:                   1007512122

Dear Mr. Norman:

RJM Acquisitions LLC is in receipt of your recent letter concerning the above referenced account.

In response to your letter, please be guided by the following: A *Samuels* account was opened April 21st, 1997 in the name of Wayne H. Norman, social security number 409-8*-****. A previous address on the account was 4709 Colby Drive, Killeen, TX 76542. The last payment, $140.00, was received June 10th, 1997; the last purchase was made on July 25th, 1997. Due to delinquency, the account charged off/defaulted February 3rd, 1998 with a balance due of $5,434.36.

In December 2005, RJM Acquisitions LLC purchased the above account from NCOP Capital.

Our records reveal that our first direct contact with you was on July 27th, 2010 when RJM Acquisitions LLC received a phone call from you in which you stated you had previously paid the account. Based on your claim, RJM Acquisitions LLC closed the above account.

In response to your claim that your credit report shows credit inquiries by RJM Acquisitions LLC, please be advised that RJM Acquisitions LLC has never pulled a credit report for you in the collection of the above account. It appears that the inquiries to which you refer is a program available to creditors/debt collectors that provides address updates (not credit reports). These inquiries are viewable on any credit report pulled by the consumer only; and are not seen by a potential creditor reviewing the consumer's credit history nor used in the calculation of the consumer's credit score.

The above account has been closed; RJM Acquisitions LLC has notified the credit reporting agencies to discontinue the program for future address updates. Your request for compensation is without merit and therefore denied.

Should you have any questions or if I can be of further assistance please do not hesitate to contact me at 516-714-1332.

Very truly yours,

Douglas I. Greenberg
Director of Compliance

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR**

%JS 44 (TXND Rev. 2/10)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Norman, Wayne H.

**DEFENDANTS**
RJM Acquisitions, LLC

(b) County of Residence of First Listed Plaintiff: Tarrant
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Nassau
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

RECEIVED JUN 17 2011 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

Attorneys (If Known)

**3-11CV1330-D**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ■ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ■ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ■ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ■ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ■ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 USC 1681 et seq    15 USC 1692 et seq
Brief description of cause:
VIOLATION OF THE FAIR CREDIT REPORTING ACT & VIOLATION OF THE FDCPA

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23     DEMAND $ 10,350     CHECK YES only if demanded in complaint:
JURY DEMAND: ■ Yes  ☐ No

## VIII. RELATED CASE(S) PENDING OR CLOSED:
(See instructions)
JUDGE _____     DOCKET NUMBER _____

DATE _____     SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____